# Rachel S. Blumenfeld
## Attorney at Law
26 Court Street, Suite 2220 • Brooklyn, New York  11242
718.858.9600 • rblmnf@aol.com

September 16, 2019

**Re:**  <u>**Restivo, Justin Michael 18-45894-ess**</u>

To Whom it May Concern,

    Please be advised that the loss mitigation hearing currently scheduled for September 19, 2019 has been **ADJOURNED** to <u>**November 26, 2019 at 10:00 a.m.**</u>

*/s/ Rachel S. Blumenfeld*

Rachel S. Blumenfeld

1