# Rachel S. Blumenfeld
### Attorney at Law
26 Court Street, Suite 2220 • Brooklyn, New York  11242
718.858.9600 • rblmnf@aol.com

November 25, 2019

    **Re:**     **Justin Michael Restivo case no: 1-18-45894**

To Whom it May Concern,

    Please be advised that the loss mitigation currently scheduled in the above case for November 26, 2019 has been ADJOURNED to January 14, 2020 at 2:30 p.m.

Sincerely,

Rachel Blumenfeld

Enclosure