

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

February 17, 2020

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:         Justin Michael Restivo
Case No.    18-45894-ess
Loan No.    ....0907

Dear Hon. Elizabeth S. Stong,

     Please allow this letter to serve as a written status report, submitted on behalf of Caliber Home Loans, Inc. (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

     This Firm sent a missing documents letter to the Debtor's Attorney via email on December 10, 2019. At the January 14, 2020 loss mitigation status conference, the Debtor's Attorney advised that she was working with the Debtor to comply with the request. To date, no further documents have been received.

     As a result, this Firm respectfully requests that loss mitigation be terminated.

     If there are any questions, please feel free to contact me directly at 716-253-6218.

     Very truly yours,


By: /s/: Nicholas J. Bebirian, Esq.
     Attorney


cc.    ECF and Email
     Rachel Blumenfeld, Esq.