

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

April 15, 2020

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:          Justin Michael Restivo
Case No.      18-45894-ess
Loan No.      …0907

Dear Hon. Elizabeth S. Stong,

        Please allow this letter to serve as a written status report, submitted on behalf of Caliber Home Loans (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

        A list of missing documents was sent to the Debtor's Attorney via email on February 28, 2020. We are currently awaiting a response.

        If there are any questions, please feel free to contact me directly at 716-253-6218.


                                        Very truly yours,



                                        By: /s/: Nicholas J. Bebirian, Esq.
                                                Attorney



cc.      ECF and Email
         Rachel Blumenfeld, Esq.